**United States Bankruptcy Court**
**Middle District of Florida**
**Jacksonville Division**

| In re | **Finnegans Wake of St. Augustine, Inc.** | Case No. | **3:11-bk-02821** |
|---|---|---|---|
| | Debtor(s) | Chapter | **11** |

# Debtor's Chapter 11 Case Management Summary

Finnegans Wake of St. Augustine, Inc., a Domestic Corporation, pursuant to Administrative Order 2009-1, hereby files this Chapter 11 Case Management Summary. In support of this Summary, the Debtor would show:

## Introduction

The Debtor filed its petition for relief under Chapter 11 of the United States Bankruptcy Code on April 19, 2011. An order for relief was entered, and pursuant to Sections 1107 and 1108 of the Bankruptcy Code, Debtor retained possession of its property, its assets, and is duly authorized as debtor-in-possession to continue the operation and management of its business. No trustee or examiner has been appointed in this bankruptcy case. A committee of unsecured creditors has not been appointed.

## Case Management Items

**I. Description of the Debtor's Business**

Debtor's business operations involve owning and operating a restaurant/bar in St. Augustine, Florida.

**II. Location of Debtor's Operations and Whether Leased or Owned**

The Debtor's operations are located at 5545 A1A South, St. Augustine, Florida 32080. The Debtor's mailing address is 5545 A1A South, St. Augustine, Florida 32080. The property is leased by the Debtor and they are in arrangements with the landlord.

**III. Reasons for Filing Chapter 11**

The Debtor has operated since 2009 and has been very successful. It like many other companies in service industry has been impacted by the tough economic situation.

The Debtor to make up for the slow services started to fall behind on taxes to the Internal Revenue Service and the Department of Revenue.

The Debtor intents to restructure its tax debt in a way to allow it to successfully operate. Given the Debtor's history and knowledge in the business they believe they can overcome the current financial situation and run strong again.

IV. **List of Officers and Directors and Their Salaries and Benefits at the Time of Filing**

| Name and Address | Title | Salary/Benefits |
|---|---|---|
| Adrienne Harris<br>61 Horseshoe Falls Drive<br>Ormond Beach, Florida 32174 | President | None At This Time |

V. **Debtor's Annual Gross Revenues**

2011 Est. YTD Gross Income – $160,000.00
2010 Est. Gross Income - $750,000.00
2009 Est. Gross Income - $500,000.00

VI. **Amount Due to Various Classes of Creditors**

The Debtor owes approximately $54,000.00 to the Florida Department of Revenue and owes approximately $77,000.00 to unsecured creditors.

VII. **General Description and Value of Debtor's Assets**

The Debtor's assets consist of business equipment and a few supplies for the business. The Debtor rents most of the business furnishings with the building.

VIII. **Number of Employees and Amount of Wages Owed as of Petition Date**

17 – No wages owed as of date of filing.

IX. **Status of Debtor's Payroll and Sales Tax Obligations**

The Debtor is currently behind on different taxes and intends on correcting that through this bankruptcy.

X. **Anticipated Emergency Relief Within 14 Days of Petition Date**

The Debtor does not anticipate any emergency relief necessary.

Submitted by: /s/ Jason A. Burgess
Jason A. Burgess
2350 Park Street
Jacksonville, Florida 32204
(904) 981-8100
(904) 9818015 facsimile
jason@jasonaburgess.com
*Proposed Counsel for Debtor*

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing was furnished electronically to the US Trustee via the CM/ECF system on April 19, 2011 in accordance with Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure.

      /s/ Jason A. Burgess_____